IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| JANE DOE LAGO VISTA,<br>JANE DOE FRISCO,<br>JANE DOE GRAPEVINE-COLLEYVILLE,<br>JANE DOE HURST-EULESS-BEDFORD,<br>JOHN DOE HURST-EULESS-BEDFORD<br>B/N/F PARENTS OF DOES AND ON<br>BEHALF OF OTHER STUDENTS<br>SIMILARLY SITUATED,<br>　　　　　PLAINTIFFS,<br><br>V.<br><br>LAGO VISTA INDEPENDENT SCHOOL<br>DISTRICT, FRISCO INDEPENDENT<br>SCHOOL DISTRICT, GRAPEVINE-<br>COLLEYVILLE INDEPENDENT<br>SCHOOL DISTRICT, HURST-EULESS-<br>BEDFORD INDEPENDENT SCHOOL<br>DISTRICT,<br>　　　　　DEFENDANTS. | §§§§§§§§§§§§§§§§§§§　CIVIL NO. 1:21-CV-862-LY |

**ORDER CLOSING CASE**

Before the court is the above entitled cause. On September 6, 2022, Plaintiffs filed a Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #53). Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __12th__ day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE